**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,

        Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendants.

2:14-cv-01131-APG-VCF

**ORDER**

      Before the court is Plaintiff's Ex Parte Motion to Shorten Time to Hear Deutsche's Motion to Disclose Pursuant to 15 U.S.C. § 1681b(a)(1). (#51).  Defendants have not been served with this motion. Plaintiff has not provided the court with any reason to grant this relief on an *ex parte* basis.

      Pursuant to Local Rules 7-5 (a), (b) and (c), *ex parte* motions must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties and requests may be summited *ex parte* only for compelling reasons, and not for unopposed or emergency motions.  Here, Plaintiff has not stated any reasons why this motion should be considered *ex parte*.  However, the court has reviewed Deutsche's Motion for Entry of Order Pursuant to 15 U.S.C. § 1681b(a)(1) to Direct Disclosure of Credit Reports (#50) and finds that there is a need to shorten the briefing schedule.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Shorten Time to Hear Deutsche's Motion to Disclose Pursuant to 15 U.S.C. § 1681b(a)(1) (#51) is GRANTED in part and DENIED in part as stated above.

      IT IS FURTHER ORDERED that a hearing on Deutsche's Motion for Entry of Order Pursuant to 15 U.S.C. § 1681b(a)(1) to Direct Disclosure of Credit Reports (#50) is scheduled for 11:00 a.m., April

29, 2016, in courtroom 3D.  Any opposition to the motion (#50) must be filed on or before April 15, 2016.

Any reply in support of the motion (#50) must be filed on or before April 26, 2016.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion to Shorten Time to Hear Deutsche's Motion to Disclose Pursuant to 15 U.S.C. § 1681b(a)(1) (#51).

DATED this 1st day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE