# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendants.

2:14-cv-01131-APG-VCF

**ORDER**

In light of Judge Gordon's Order to Show Cause why this action should not be dismissed for lack of subject matter jurisdiction (#54), the Court will decide on the Motion for Entry of Order Pursuant to 15 U.S.C. § 1681(b)(a)(1) to Direct Disclosure of Credit Reports (#50) after Judge Gordon's ruling, if the case is still pending.

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for April 29, 2016 is VACATED.

IT IS FURTHER ORDERED that the Motion to Withdraw Discovery filed in Error (#52) is GRANTED.  The Clerk of Court is directed to strike docket #49.

DATED this 20th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE