# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC; *et.al.*,

        Defendants.

Case No. 2:14–cv–1131–APG–VCF

**ORDER**

MOTION FOR ENTRY OF ORDER (ECF NO. 50)

      This matter involves Plaintiff Deutsche Bank's civil action against SFR Investments Pool 1, LLC and other Defendants. Before the court is the Bank's motion for an entry of order (ECF No. 50). SFR's response was due on April 15, 2016. LR 7-2. As of June 7, 2016, the court has not received SFR's response. Since failure to oppose a motion constitutes consent to the granting of the motion, the Bank's motion for entry of order is granted. LR 7-2.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that Deutsche Bank's motion for entry of order (ECF No. 50) is GRANTED.

      IT IS FURTHER ORDERED that on or before July 7, 2016:

1. Transunion LLC whose Nevada Address is c/o CSC Services of Nevada Inc 2215-B Renaissance Dr., Las Vegas, NV 89119 must disclose the credit reports of Martha Massango and Apande Nelson Ejelle whose former address was 224 W. La Madre Way, North Las Vegas, Nevada 89031

2. Experian Information Solutions, Inc whose Nevada Address is c/o The Corporation Trust Company of Nevada 701 S. Carson St. Suite 200 Carson, City, Nevada 89701 must

disclose the credit reports of Martha Massango and Apande Nelson Ejelle whose former address was 224 W. La Madre Way, North Las Vegas, Nevada 89031

3. Equifax, Inc. whose Nevada Address is c/o Prentice-Hall Corporation System, Nevada, Inc. 2215-B Renaissance Dr., Las Vegas, NV 89119 must disclose the credit reports of Martha Massango and Apande Nelson Ejelle whose former address was 224 W. La Madre Way, North Las Vegas, Nevada 89031

IT IS FURTHER ORDERED that Deutsche Bank will provide a copy of this order to the aforementioned credit reporting agencies.

IT IS FURTHER ORDERED that Deutsche Bank use the aforementioned credit information solely for the purposes of this litigation and to take steps to prevent its inadvertent disclosure.

IT IS SO ORDERED.

DATED this 8th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE