Jeffrey S. Allison (NV Bar No. 8949)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Former Attorneys for Plaintiff and Counter-Defendant, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, an Indenture Trustee for American Home Mortgage Investment Trust 2007-1,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, PEARL COVE III HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; DOE individuals I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO. 2:14-cv-01131-APG-VCF<br><br><br><br>**MOTION TO REMOVE FROM CM/ECF SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Cross-claimant,<br><br>vs.<br><br>MARTHA MASSANGO, an individual; APANDE NELSON EJELLE, an individual,<br><br>Cross-Defendants. | |

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, an Indenture Trustee for American Home Mortgage Investment Trust 2007-1, | |
| Counter-Defendant | |

## **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

Jeffrey S. Allison, Esq., of the law firm Houser and Allison, APC (the "Firm"), as former counsel for Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1, (the "Party"), hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Jeffrey S. Allison, Esq., (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The Firm is no longer involved in this action. McCarthy & Holthus associated in the action for the Party on September 23, 2015 with the intention to follow with a substitution of attorney. (ECF No. 13). Wright, Finlay & Zak associated in the action for the Party on June 23, 2017. (ECF No. 85). Wright, Finlay & Zak substituted as counsel for the Party in the action on September 19, 2017. The undersigned has not participated or served as counsel for the Party since September 23, 2015. ECF notices to its counsel Jeffrey S. Allison, Esq., of the Firm are no longer required.

Therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Jeffrey S. Allison, Esq.

/s/ Jeffrey S. Allison
Jeffrey S. Allison (NV Bar No. 8949)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

## **COURT APPROVAL**

IT IS SO ORDERED.

Date: 1-7-2020 _____

_____

**UNITED STATES MAGISTRATE JUDGE**

-3-

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

## MOTION TO REMOVE FROM CM/ECF SERVICE LIST

I served the above-named document(s) by the following means to the persons as listed below:

☒ **Electronic Service through CM/ECF Electronic Filing System**

☒ **United States Mail, Postage Fully Prepaid**

☐ **Personal Service**

☐ **By Direct Email (as opposed to through the ECF System)**

☐ **By Fax Transmission**

☐ **By Overnight Mail**

Ace Clinton Van Patten
Tiffany & Bosco
10100 W. Charleston Blvd.
Ste. 220
Las Vegas, NV 89135
702-258-8200
Fax: 702-258-8787
Email: AVP@tblaw.com

Edgar C Smith
Dana Jonathon Nitz
R. Samuel Ehlers
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
Fax: 702-946-1345
Email: esmith@wrightlegal.net
Email: dnitz@wrightlegal.net
Email: sehlers@wrightlegal.net

Diana S. Ebron
Howard C. Kim
Jacqueline A. Gilbert
Karen L. Hanks
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110

| | |
|---|---|
| 1 | Las Vegas, NV 89139 |
| | (702) 485-3300 |
| 2 | Fax: (702) 485-3301 |
| | Email: diana@kgelegal.com |
| 3 | Email: howard@kgelegal.com |
| | Email: jackie@kgelegal.com |
| 4 | Email: karen@kgelegal.com |
| 5 | |
| | Scott A Flinders |
| 6 | Todd W Prall |
| | Hutchison & Steffen, LLC |
| 7 | Peccole Professional Park |
| | 10080 W Alta Dr., Ste. 200 |
| 8 | Las Vegas, NV 89145 |
| | 702-385-2500 |
| 9 | Fax: 702-385-2086 |
| 10 | Email: sflinders@hutchlegal.com |
| | Email: tprall@hutchlegal.com |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2020

                                              /s/ Jasmine Blanco
                                    An employee of HOUSER & ALLISON, APC