WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, a Indenture Trustee for American Mortgage Investment Trust 2007-1*

# UNITED STATES DISTRICT COURT
## CLARK COUNTY NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PEARL COVE III HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; DOES I-X and ROES XI-XX,<br><br>Defendants. | Case No.: 2:14-cv-01131-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1; APANDE NELSON EJELLE, an individual; and MARTHA MASSANGO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

1

Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP; and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), by and through its attorneys of record, the law firm of Kim Gilbert Ebron; hereby stipulate and agree as set forth herein:

1. Deutsche Bank filed its Motion for Summary Judgment on January 6, 2020.
2. SFR filed its Motion for Summary Judgment on January 6, 2020.
3. Deutsche Bank filed its Opposition to SFR's Motion for Summary Judgment on January 27, 2020.
4. SFR filed its Opposition to Deutsche Bank's Motion for Summary Judgment on January 27, 2020.
5. Deutsche Bank's Reply in support of its Motion for Summary Judgment is currently due on February 10, 2020.
6. SFR's Reply in support of its Motion for Summary Judgment is currently due on February 10, 2020.
7. The parties are in agreement to stipulate to move the due date for all replies out up to and including, February 21, 2020.
8. The parties respectfully request additional time to fully brief the issues and Plaintiff's counsel will be out of town for personal reasons when the replies are due.

///

///

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** that all parties shall have up to and including February 21, 2020, to file any replies in support of parties Motions for Summary Judgments.

This request for an extension is not intended to cause any delay or prejudice to any party.

DATED this 7th day of February, 2020.

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **KIM GILBERT EBRON** |
| */s/ Aaron D. Lancaster* | */s/ Chantel M. Schimming* |
| R. Samuel Ehlers, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 10580 |
| Aaron D. Lancaster, Esq. | Chantel M. Schimming, Esq. |
| Nevada Bar No. 10115 | Nevada Bar No. 8886 |
| *Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1* | 7625 Dean Martin Dr., Ste. 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant/Counterclaim/Cross-Claimant, SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February, 7, 2020.