WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, a Indenture Trustee for American Mortgage Investment Trust 2007-1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PEARL COVE III HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; DOES I-X and ROES XI-XX, <br><br> Defendants. | Case No.: 2:14-cv-01131-APG-VCF <br><br> **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1; APANDE NELSON EJELLE, an individual; and MARTHA MASSANGO, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

COMES NOW, Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, a Indenture Trustee for American Mortgage Investment Trust 2007-1 ("Plaintiff"), by and through its attorneys of record, R. Samuel Ehlers, Esq. and Aaron D. Lancaster, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Edgar C. Smith, Esq. and Ace Clinton Van Patten, Esq. ("Previous Attorneys") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to R. Samuel Ehlers, Esq. and Aaron D. Lancaster, Esq. Subsequent filings have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Edgar C. Smith, Esq. and Ace Clinton Van Patten, Esq. be removed from the Service List in this matter.

DATED this 27th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP

/s/ Aaron D. Lancaster
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, a Indenture Trustee for American Mortgage Investment Trust 2007-1*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-20-2020

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of January, 2020, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

Diana S. Ebron     diana@kgelegal.com, alex@kgelegal.com, andrew@kgelegal.com, athanasios@kgelegal.com, chantel@kgelegal.com, florence@kgelegal.com, howard@kgelegal.com, jacqueline@kgelegal.com, jherna@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, sierra@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com, tomas@kgelegal.com, zachary@kgelegal.com

Howard C. Kim     howard@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, jackie@kgelegal.com, jason@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Jacqueline A. Gilbert     jackie@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, howard@kgelegal.com, jason@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Jason G. Martinez     jason@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, howard@kgelegal.com, jackie@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Karen L. Hanks     karen@kgelegal.com, alex@kgelegal.com, ashley@kgelegal.com, candifay@kgelegal.com, caryn@kgelegal.com, chantel@kgelegal.com, diana@kgelegal.com, howard@kgelegal.com, jackie@kgelegal.com, jason@kgelegal.com, mike@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com

Scott A Flinders     sflinders@hutchlegal.com, abrebbia@hutchlegal.com, csimmons@hutchlegal.com

Todd W Prall     tprall@hutchlegal.com, csimmons@hutchlegal.com, mcarnate@hutchlegal.com

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP